1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ELIZABETH KURLAN (CABN 255869)

4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7298
       Facsimile: (415) 436-6748
7      Elizabeth.Kurlan@usdoj.gov

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12 WENMEI SHI,

13              Plaintiff,                    5:24-cv-01655 VKD

14         v.                                 **STIPULATION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA;** ~~[PROPOSED]~~ **ORDER**

15 UNITED STATES CITIZENSHIP AND
   IMMIGRATION SERVICES, *et al*.,
16
                Defendants.                   Hon. Virginia K. DeMarchi
17

18

19       Pursuant to 28 U.S.C. § 1404(a), the parties hereby stipulate and respectfully request the Court to
20 transfer this case to the United States District Court for the Central District of California. The Central
21 District of California is a district where this case might have been brought because Plaintiff resides in
22 that district, and all parties consent to transfer to that district.
23       Pursuant to Civil Local Rule 6-1(a), the parties further stipulate that Defendants' time to respond
24 to the complaint is extended to sixty days after this case is docketed with the United States District Court
25 for the Central District of California.

26

27

28

Stipulation to Transfer
C 5:24-cv-01655 VKD                              1

Dated: May 24, 2024

Respectfully submitted,[1]

ISMAIL J. RAMSEY
United States Attorney

 */s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: May 24, 2024

 */s/ Arthur Minas*
ARTHUR MINAS
Attorney for Plaintiff

### ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED. This case hereby is transferred to the United States District Court for the Central District of California. Defendants' time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Central District of California.

Date:   May 28, 2024

VIRGINIA K. DEMARCHI
United States Magistrate Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.